■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE DELROW, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a putative judgment of the Supreme Court, Dutchess County, which his notice of appeal states was dated October 17, 1969. Appeal dismissed. No judgment was entered. A decision was rendered, dated October 30, 1969, for dismissal of the writ. No appeal lies from a decision. However, were an appeal from the determination properly before us we would have affirmed. Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK FEIN, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated February 16, 1970, which dismissed the writ. Judgment affirmed, without costs. Under an indictment charging murder in the first degree, relator was found guilty of murder in the second degree and was sentenced to a prison term of 30 years to life. Since he was not found guilty of murder in the first degree and was not sentenced to death, the principles of law enunciated in *Witherspoon* v. *Illinois* (391 U. S. 510) and the fact that there was a statute (Judiciary Law, § 597) under which jurors with scruples against the death penalty could be excluded, are of no avail to relator (*Witherspoon* v. *Illinois, supra,* n. 21 [pp. 522–523]; *Bumper* v. *North Carolina,* 391 U. S. 543, 545; *People* v. *Di Piazza,* 24 N Y 2d 342, 354; *People ex rel. McChesney* v. *La Vallee,* 31 A D 2d 1, 4). We have considered the other points raised by relator and find them to be without merit. Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur. [61 Misc 2d 826.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO MOSLEY, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent. — Judgment of the Supreme Court, Dutchess County, dated January 23, 1969, affirmed, without costs (*People ex rel. Petite* v. *Follette,* 24 N Y 2d 60; *People ex rel. Gonzales* v. *Deegan,* 34 A D 2d 679). Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.